IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| CHANTEL M. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 111053C |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

Plaintiff filed her appeal on September 29, 2011, challenging the denial of her "child care credit for [the] 2009 and 2010 [tax years]." Defendant filed its Answer on November 22, 2011. A case management conference was scheduled in this matter for January 3, 2012, at 1:30 p.m. Plaintiff failed to appear for the case management conference. On January 3, 2012, the court sent Plaintiff a letter instructing Plaintiff to file a written response by January 17, 2012, explaining why she was unavailable for the January 3, 2012, case management conference. The January 3, 2012, letter advised that failure to comply would result in dismissal of Plaintiff's appeal. Plaintiff's deadline has passed and the court has not received Plaintiff's response to the January 3, 2012, letter or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of January 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on January 25, 2012. The Court filed and entered this document on January 25, 2012.*